**Electronically Filed
Supreme Court
SCOT-17-0000811
13-FEB-2018
03:31 PM**

SCOT-17-0000811

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF CONTESTED CASE HEARING RE
CONSERVATION DISTRICT USE APPLICATION (CDUA) HA-3568
FOR THE THIRTY METER TELESCOPE AT THE MAUNA KEA SCIENCE
RESERVE, KAʻOHE MAUKA, HAMAKUA, HAWAII, TMK (3)404015:009

_____

APPEAL FROM THE BOARD OF LAND AND NATURAL RESOURCES
(BLNR-CC-16-002 (Agency Appeal))

ORDER DENYING MOTION FOR RECONSIDERATION AND JOINDER
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Castagnetti, in place of Nakayama, J., recused)

Upon consideration of intervenor-appellee TMT
International Observatory, LLC's motion for reconsideration,
filed on February 12, 2018, appellee University of Hawaiʻi at
Hilo's joinder, filed February 12, 2018, the respective
supporting documents, and the record,

IT IS HEREBY ORDERED that the motion for
reconsideration and the joinder are denied.

DATED: Honolulu, Hawaiʻi, February 13, 2018.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti

